UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK ROY (#337113)

VERSUS

SANDY MCCAIN, ET AL.

CIVIL ACTION

19-196-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson, on May 19, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY** ORDERED the petitioner's application for habeas corpus relief is denied and this proceeding is dismissed with prejudice. It is further recommended that in the event then petitioner pursues an appeal in this case, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana the __7__ day of June, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 14.